**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **ROBYN RENEE ESSES**,<br>Plaintiff,<br><br>vs.<br><br>**KRIS W. KOBACH,**<br>**Kansas Secretary of State,**<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>Case No. 12-4046-KHV-DJW |

## MOTION TO INTERVENE

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Senators Jeff King, Steve Abrams, Ray Merrick respectfully move the Court for an Order allowing them to intervene as Plaintiffs in the caption action. The proposed intervenors are contemporaneously filing a memorandum in support of this motion and will attach a proposed Intervenors' Complaint to said memorandum.

ARMSTRONG TEASDALE LLP

By: / s/ Ricardo Kolster

Ricardo Kolster KS# 19779
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
(816) 221-3420
(816) 221-0786 (facsimile)
ATTORNEYS FOR INTERVENOR CITIZENS OF LEAVENWORTH COUNTY, KANSAS

## CERTIFICATE OF NOTIFICATION

The undersigned certifies that on the 21st day of May, 2012, a copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/ Ricardo Kolster
Attorney for Intervenor